# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136869

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM SCOTT MILLER,
      Defendant-Appellant.

SC: 136869
COA: 277153
Oakland CC: 2006-212297-FC

_____/

On order of the Court, the application for leave to appeal the June 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

0915